Certificate Number: 14912-PAM-DE-028027696

Bankruptcy Case Number: 11-03257


14912-PAM-DE-028027696

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2016, at 10:39 o'clock PM EDT, Karen Good completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 7, 2016       By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor