```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania

In re:                                             Case No. 16-03257-HWV
Karen Lee Good                                     Chapter 13
        Debtor             CERTIFICATE OF NOTICE

District/off: 0314-1       User: AGarner      Page 1 of 1        Date Rcvd: Apr 12, 2018
                          Form ID: 3180W      Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2018.
```
db              +Karen Lee Good,   8515 Jonestown Road,   Grantville, PA 17028-8645
4819986         +Belco Community Credit Union,   PO Box 82,   Harrisburg, PA 17108-0082
4819987         +Debt Management Services,   PO Box 830794,   Birmingham, AL 35283-0794
4819988         +Fairway Independent Mortgage Corp.,   PO Box 77404,   Ewing, NJ 08628-6404
4863595         +Fairway Independent Mortgage Corporation,   Cenlar FSB,   425 Phillips BLVD,
                  Ewing, NJ 08618-1430
4858526         +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4819990         +US Small Business Administration,   2601 N 3rd St #503,   Harrisburg, PA 17110-2060
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Apr 12 2018 22:58:00      Recovery Management Systems Corporation,
                  25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
4842714         EDI: RECOVERYCORP.COM Apr 12 2018 22:58:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4819989         EDI: TFSR.COM Apr 12 2018 22:53:00      Toyota Motor Credit Corporation,   5005 N River Blvd NE,
                  Cedar Rapids, IA 52411
                                                                             TOTAL: 3


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Fairway Independent Mortgage Corporation unless in the
            state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
            bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   Fairway Independent Mortgage Corporation unless in the
            state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
            bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Robert E Chernicoff   on behalf of Debtor 1 Karen Lee Good rec@cclawpc.com,
            jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Thomas I Puleo   on behalf of Creditor   Fairway Independent Mortgage Corporation unless in the
            state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association
            tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                             TOTAL: 6
```

| | | |
|---|---|---|
| Debtor 1 | **Karen Lee Good** | Social Security number or ITIN **xxx–xx–4230** |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Middle District of Pennsylvania**

Case number:  **1:16–bk–03257–HWV**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Karen Lee Good
fka Karen Lee Zeplin

**By the court:**

April 12, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Case 1:16-bk-03257-HWV    Doc 33    Filed 04/14/18    Entered 04/15/18 00:43:25    Desc
Imaged Certificate of Notice    Page 2 of 3

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:16-bk-03257-HWV    Doc 33    Filed 04/14/18    Entered 04/15/18 00:43:25    Desc
Imaged Certificate of Notice    Page 3 of 3