```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                        Case No. 16-03257-HWV
Karen Lee Good                                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1   User: AGarner        Page 1 of 1           Date Rcvd: Jun 13, 2018
                    Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
db          +Karen Lee Good,   8515 Jonestown Road,   Grantville, PA 17028-8645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   Fairway Independent Mortgage Corporation unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   Fairway Independent Mortgage Corporation unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Robert E Chernicoff    on behalf of Debtor 1 Karen Lee Good rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
        Thomas I Puleo    on behalf of Creditor    Fairway Independent Mortgage Corporation unless in the state of RI, ME, NH, NV or Orleans Parish, LA, then use Federal National Mortgage Association tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Karen Lee Good, <br> fka Karen Lee Zeplin, | Chapter 13 |
| **Debtor 1** | Case No. 1:16–bk–03257–HWV |

Social Security No.:
                         xxx–xx–4230

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 13, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AGarner, Deputy Clerk

**fnldec** (05/18)